**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-61390-BLOOM**

RENE CAMILO HERNANDEZ DE LOS REYES,

      Petitioner,

v.

WARDEN, BROWARD
TRANSITIONAL CENTER, *et al.*,

      Respondents.

_____/

**ORDER**

      **THIS CAUSE** is before the Court upon Respondents' Response to Order to Show Cause. ECF No. [6].  Respondents concede that Petitioner should be provided a bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) in light of the recent Eleventh Circuit opinion in *Hernandez Alvarez v. Warden, Federal Detention Center Miami*, No. 25-14065, 2026 WL 1243395 (11th Cir. May 6, 2026). *Id*. at 2. On May 14, 2026, Respondents informed the Court that a bond hearing was conducted, and the Immigration Judge issued a bond to Petitioner. ECF No. [8] at 1. Because Petitioner has received the relief he requested in his Petition — a bond hearing before an immigration judge, ECF No. [1] ¶ 15 — his Petition must be dismissed as moot. *Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("[A] case must be dismissed as moot if the court can no longer provide 'meaningful relief.'" (citing *Fla. Ass'n of Rehab. Facilities, Inc. v. Fla. Dep't of Health & Rehab. Servs*., 225 F.3d 1208, 1216-17 (11th Cir. 2000))).[1]

---

[1] Petitioner also requested the Court to "[d]eclare that Petitioner's continued detention constitutes irreparable harm[.]" ECF No. [1] ¶ 15(3). However, the "case or controversy" requirement of Article III forbids us from considering this question in the absence of a live dispute, as "[a]ny opinion on the matter would be purely advisory." *Al Najjar v. Ashcroft*, 273 F.3d 1330, 1339 (11th Cir. 2001).

Case No. 26-cv-61390-BLOOM

Accordingly, **ORDERED AND ADJUDGED** as follows:

1. The Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is **DISMISSED AS MOOT.**

2. The Clerk of Court shall **CLOSE** this case.

3. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 15, 2026.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of record

Noticing INS Attorney
Email: usafls-immigration@usdoj.gov

Noting 2241/Bivens US Attorney
Email: usafls-2255@usdoj.gov

Rene Camilo Hernandez De Los Reyes, *Pro Se*
A# 240245416
Broward Transitional Center
Inmate Mail/Parcels
3900 North Powerline Road
Pompano Beach, FL 33073

2